UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| JAMES ALGER,<br><br>                    Plaintiff,<br>        vs.<br><br>RODNEY RIGGS, dba Candyland, and dba, As Seen on TV,<br><br>                    Defendant. | **Case No**. 25-cv-8254-BLF<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT** |

Plaintiff JAMES ALGER ("Plaintiff") moves for a Default Judgment against Defendant RODNEY RIGGS requesting an injunction, and an award of damages and reasonable attorneys' fees, costs, and litigation expenses.

The Court, having considered Plaintiff's Motion for Default Judgment, and finding good cause therefor hereby GRANTS the Motion and ORDERS as follows:

1.  December 31, 2026, Defendants are to bring the subject premises into compliance with the 2010 ADA Standards for Accessible Design and 2025 California Building Code ("CBC") as follows:

    a.  Interior Aisle Widths: Defendant shall reconfigure interior aisles to comply with accessibility requirements, including a minimum width of forty-four inches (44") where serving elements are provided on both sides, and no less than thirty-six inches (36") minimum continuous width.

    b.  Turning Space at Aisle Intersections: Defendant shall provide compliant turning space at aisle intersections and dead-end.

    c.  Reach Ranges: Operable parts of controls, dispensers, and/or receptacles to be placed within reach.

2.  Plaintiff is awarded $8,000 for damages and $7,201.02 for attorneys' fees, costs, and litigation expenses for a total award of $15,201.02.


**IT IS SO ORDERED.**


Dated: _____

_____
HON. BETH LABSON FREEMAN
UNITED STATES DISTRICT JUDGE


[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT
2